**Stephen P. Yoshida**, OSB #044588
syoshida@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 914-2015

Attorneys for Defendant Mercedes-Benz USA, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| JACQUELINE E. SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No. 3:23-cv-00569<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Mercedes-Benz USA, LLC ("MBUSA") hereby removes this action, currently Case No. 23CV11545 in the Circuit Court of Multnomah County, Oregon, to the United States District Court for the District of Oregon, Portland Division. As grounds for removal, MBUSA states as follows:

## I. INTRODUCTION

Plaintiff's lawsuit alleges claims against MBUSA based on Oregon's Lemon Law and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq*.

Page 1 -    DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

## II. BACKGROUND AND PROCEDURAL HISTORY

1. Plaintiff Jacqueline E. Spencer filed her Complaint for claims under Oregon Lemon Law and breach of warranty under the Magnuson Moss Warranty Act in Multnomah County Circuit Court on March 10, 2023, Case No. 23CV11545.

2. The Summons and Complaint were served on MBUSA on March 20, 2023.

3. Plaintiff's Complaint alleges damages in the amount of $88,299, as well as attorney's fees.

## III. PAPERS FROM REMOVED ACTION

4. Pursuant to 28 U.S.C. § 1446(a), all state court papers served on MBUSA at the time of removal, consisting of the summons and complaint, are attached as follows:

**EXHIBIT 1**: Summons and Complaint.

5. No further proceedings have been had in the Circuit Court of Multnomah County, Oregon, as of the date of this removal.

## IV. BASIS FOR REMOVAL

6. This case is removable pursuant to 28 U.S.C. § 1441(a), which states:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. This Court has original jurisdiction over this matter under 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil cases arising under the Constitution, laws, or treaties of the United States."

8. This Court has jurisdiction under 15 U.S.C. § 2310(d), which provides that district courts have jurisdiction over claims brought under the Magnuson Moss Warranty Act if the amount

Page 2 -   DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

in controversy is $50,000 or more. Plaintiff's Complaint seeks damages in the amount of at least $88,299, an amount more than $50,000.

9. This Court also has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332, which provides, in relevant part, that district courts have original jurisdiction over actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and where the action is between citizens of different states.

10. Plaintiff's Complaint alleges that Plaintiff is a resident of the State of Oregon.

11. Plaintiff's Complaint does not allege MBUSA's principal place of business or state of incorporation. MBUSA avers that it is a limited liability company incorporated in the State of Delaware with its principal place of business in the State of Georgia. Diversity of citizenship is established and the amount in controversy exceeds $75,000.

12. This Court also has supplemental jurisdiction over the Oregon Lemon Law claims under 28 U.S.C. § 1367, because the court has original jurisdiction over the claims brought under the Magnuson Moss Warranty Act, and the Oregon Lemon Law claims are so related to those claims that they form part of the same case or controversy. This case does not raise any novel questions of law, and the Oregon Lemon Law claim does not substantially predominate over the federal claim.

### V. NOTICE TO ADVERSE PARTY AND STATE COURT

13. Pursuant to 28 U.S.C. § 1446(d), MBUSA will promptly serve Plaintiff with this Notice of Removal, informing Plaintiff that this matter has been removed to federal court.

14. Pursuant to 28 U.S.C. § 1446(d), MBUSA will promptly file with the Clerk of the Multnomah County Circuit Court, and serve on Plaintiff, a Notice of Removal to Federal Court, pursuant to 28 U.S.C. § 1446(d).

Page 3 -   DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

## VI. MBUSA'S NOTICE OF REMOVAL IS TIMELY

15. MBUSA's Notice of Removal is timely filed under 28 U.S.C. § 1446(b), which provides that a notice of removal must be filed within 30 days after a defendant receives, by service of process or otherwise, the initial pleading. Plaintiff's Complaint was filed on March 10, 2023, and MBUSA was served on March 20, 2023. This Notice of Removal is therefore timely as it is being filed within 30 days of MBUSA's receipt of a copy of the Complaint.

DATED: April 17, 2023.

MB LAW GROUP, LLP

  s/ Stephen P. Yoshida
Stephen P. Yoshida, OSB No. 044588
syoshida@mblglaw.com
Johnathon K. Carter, OSB No. 223670
jcarter@mblglaw.com
Attorneys for Defendant

Page 4 -   DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015
Facsimile: 503-914-1725

# CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2023, I served the foregoing DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL on the attorneys listed below by causing a true copy thereof to be served in the manner specified below:

      Danielle R. Beauvais
      Attorney at Law
      5291 NE Elam Young Parkway, Suite 140
      Hillsboro, OR 97124
      Email: danielle@golemonlaw.com

      Attorney for Plaintiff

☒ By E-mail/via service by electronic filing with the court
☒ By U.S. Mail, First Class
☐ By Facsimile

      MB LAW GROUP, LLP

      s/ Stephen P. Yoshida
      Stephen P. Yoshida, OSB No. 044588
      syoshida@mblglaw.com
      Johnathon K. Carter, OSB No. 223670
      jcarter@mblglaw.com
      Attorneys for Defendant

Page 5 -   DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile: 503-914-1725